# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLA FAYETTE HILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:14-cv-01813-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>(ECF NO. 3)<br><br>TWENTY DAY DEADLINE |

Plaintiff Lilla Fayette Hill filed a complaint on November 19, 2014. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, Plaintiff's application was not adequately completed. Plaintiff's application contains conflicting information which precludes the Court from determining that she is entitled to proceed without prepayment of fees. Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is DENIED without prejudice;
2. The Clerk of the Court is directed to forward an in forma pauperis application (Long Form) to Plaintiff;

1

3. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) file an application to proceed <u>in forma pauperis</u> without prepayment of the fee; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **November 21, 2014**

UNITED STATES MAGISTRATE JUDGE