KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LILLA FAYETTE HILL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　Defendant. | Case # 1:14-CV-01813-SAB<br><br>STIPULATED EXTENSION OF TIME |

　　　The parties hereby stipulate by counsel, that Plaintiff shall have a first 30-day extension of time to file Plaintiff's confidential memo, in accordance with the scheduling order.

　　　Counsel for the Plaintiff was ill and unable to complete the briefing as scheduled. As a result, counsel for Plaintiff requires additional time to draft the confidential memo. Plaintiff requests a 30-day extension of time in accordance with the scheduling order to August 12, 2015.

　　　The parties stipulate that the Court's Scheduling Order shall be modified accordingly in

Page 1　　MOTION
　　　　[1:14-CV-01813-SAB]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968

accordance with the scheduling order.

Dated July 13, 2015:        /s/ Kelsey M Brown
                            KELSEY MACKENZIE BROWN CA #263109
                            Dellert Baird Law Offices, PLLC
                            PO Box 3757
                            Silverdale, WA 98383
                            (360) 329-6968
                            Attorney for Plaintiff

Dated July 13, 2015:        s/ KELSEY M. BROWN for Sharon Lahey
                            SHARON LAHEY
                            (per e-mail authorization)
                            Special Assistant U.S. Attorney
                            Office of the General Counsel

                            Of Attorneys for Defendant

### ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's confidential letter brief is now due on August 12, 2015. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED.

Dated:   **August 11, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

Page 2   MOTION
         [1:14-CV-01813-SAB]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968