# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLA F. HILL,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:14-cv-01813-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE BRIEF<br><br>(ECF No.18) |

On November 13, 2015, the parties to this action filed a stipulation to extend the time for Defendant to file her responsive brief. Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's responsive brief shall be served on or before December 18, 2015; and
2. Plaintiff's shall file any reply brief on or before January 2, 2016.

IT IS SO ORDERED.

Dated: **November 13, 2015**

UNITED STATES MAGISTRATE JUDGE

1