# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLA F. HILL,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:14-cv-01813-SAB<br><br>ORDER RE STIPULATION FOR SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE BRIEF<br><br>(ECF No. 21) |

On December 4, 2015, the parties to this action filed a second stipulation to extend the time for Defendant to file her responsive brief. (ECF No. 21.)

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's responsive brief shall be served on or before January 19, 2016; and

2. Plaintiff shall file any reply brief on or before February 8, 2016.

IT IS SO ORDERED.

Dated:   **December 7, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1