UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LILLA FAYETTE HILL,<br>    Plaintiff,<br>    v.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>    Defendant. | Case No. 1:14-cv-01813-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 28) |

Pursuant to stipulation, IT IS HEREBY ORDERED that Defendant shall file her response to Plaintiff's motion for attorney's fees and expenses under the Equal Access to Justice Act on or before July 6, 2016.

IT IS SO ORDERED.

Dated:   **May 16, 2016**

_____
UNITED STATES MAGISTRATE JUDGE