# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLA FAYETTE HILL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　Defendant. | Case No. 1:14-cv-01813-SAB<br><br>**ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT**<br>**(ECF No. 30)** |

　　　　IT IS HEREBY STIPULATED, by and between Lilla Fayette Hill (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to file her response to Plaintiff's EAJA petition. The current due date is July 6, 2016. The new due date will be August 5, 2016. This is the second extension of time requested by Defendant to respond to Plaintiff's Motion for Fees. Defendant requests this extension because after reviewing the petition further and discussing it with Plaintiff's counsel, Defendant requires additional time to address the issues raised. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: July 5, 2016　　　　　　　　　　　MACKENZIE LEGAL, PLLC
　　　　　　　　　　　　　　　　　　　　By: /s/ *Kelsey MacKenzie Brown\**

|   |   |
|---|---|
| | KELSEY MACKENZIE BROWN |
| | Attorneys for Plaintiff |
| | (*As authorized by e-mail on May 16, 2016) |
| Date: July 5, 2016 | PHILLIP A. TALBERT |
| | United States Attorney |
| | By: /s/ *Jennifer Lee Tarn* |
| | JENNIFER LEE TARN |
| | Special Assistant United States Attorney |
| | Attorney for Defendant |

OF COUNSEL:
Gina Tomaselli
Assistant Regional Counsel

## ORDER

Good cause appearing, pursuant to stipulation, IT IS HEREBY ORDERED that Defendant shall file her response to Plaintiff's motion for attorney's fees and expenses under the Equal Access to Justice Act on or before August 5, 2016.

IT IS SO ORDERED.

Dated: **July 6, 2016**

_____
UNITED STATES MAGISTRATE JUDGE